UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAIRFIELD-SUISUN UNIFIED SCHOOL DISTRICT, <br><br>            Petitioner, <br><br>     v. <br><br> B.S., a minor, BY AND THROUGH HIS PARENT, <br><br>            Respondent. | Case No. 2:12-CV-02087 JAM-DAD <br><br> RECUSAL ORDER |

Upon examination of the above-captioned action, the undersigned judge disqualifies himself.

GOOD CAUSE APPEARING THEREFOR,

IT IS HEREBY ORDERED that the undersigned recuses himself as the judge for the above-captioned case.

IT IS FURTHER ORDERED that the Clerk of the Court reassign this case to another judge for all further proceedings and that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated:  August 10, 2012

                                        /s/ John A. Mendez_____
                                        United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com